# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| JOSEPH LEE ROBLEDO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>YARDI SYSTEMS, INC.,<br><br>Defendant. | Case No. 1:22-cv-01233-ADA |

## ORDER OF FINAL JUDGMENT

On July 15, 2024, this Court adopted Magistrate Judge Dustin Howell's Report and Recommendation (ECF No. 50), which granted summary judgment in favor of Defendant Yardi Systems, Inc. with respect to all of Plaintiff's claims against it. ECF No. 52.

Accordingly, it is **ORDERED AND ADJUDGED** that Final Judgment was entered in this case on July 15, 2024. *See* ECF No. 52.

**IT IS FURTHER ORDERED** that the Clerk of Court is respectfully directed to close the case.

**SIGNED** this 22nd day of October, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE